LAKE ET VIR *v.* POTOMAC LIGHT & POWER CO.

No. 364.   Decided October 21, 1968.

PER CURIAM.

The appeal is dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.

DYMYTRYSHYN ET AL. *v.* ESPERDY, DISTRICT DIRECTOR, IMMIGRATION AND NATU-RALIZATION SERVICE.

No. 380.   Decided October 21, 1968.

*John J. Abt* for appellants.

*Solicitor General Griswold, Assistant Attorney General Vinson,* and *Philip R. Monahan* for appellee.

PER CURIAM.

The motion to affirm is granted and the judgment is affirmed.